# GROSSMAN & RINALDO
## Attorneys At Law
108-18 Queens Boulevard, 8th Floor, Suite 5
Forest Hills, NY 11375
718 520-8722
Fax 718 793-0894

STUART J. GROSSMAN
PAUL P. RINALDO

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 2 2005 ★

P.M. _____
TIME A.M. _____

Via fax: 718 260-4506 and ECF

October 26, 2005

Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Granted.*
*So ordered*
*/s/ HON. JOHN GLEESON*
*U.S.D.J.*
*10-28-05*

Re: United States v. Angelina Mayo
    05 CR 43 (JG)

Dear Judge Gleeson:

I respectfully request that Angelina Mayo's bail bond be modified to permit her to move from her present apartment. Ms. Mayo intends to report to the New York City Emergency Assistance Unit homeless shelter in the Bronx as soon as possible to apply for housing for her and her three children. Ms. Mayo recently learned that the lessee of the apartment in which she presently resides has received an eviction petition. In addition, Ms. Mayo is pregnant with her fourth child and hopes to be placed in housing that will meet the needs of her family.

Assistant United States Attorney Lee J. Freedman has no objection to this request.

Respectfully submitted,

Paul P. Rinaldo

cc: AUSA Lee J. Freedman