# GROSSMAN & RINALDO
### ATTORNEYS AT LAW

STUART J. GROSSMAN
PAUL P. RINALDO

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 14 2006 ★

BROOKLYN OFFICE

108-18 QUEENS BOULEVARD
8TH FLOOR, SUITE 5
FOREST HILLS, NEW YORK 11375

(718) 520-8722
FAX (718) 793-0894
E-MAIL: grossmanrinaldo@aol.com

Via: 718 613-2456 and ECF

April 5, 2006

Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Angelina Mayo
    05 CR 43 (JG)

*Granted*
*So ordered*
s/John Gleeson
USDJ
4-7-06

Dear Judge Gleeson:

My client in the above referenced matter, Angelina Mayo, has asked me to make the following request of the Court. Ms. Mayo is respectfully requesting that her date to surrender to the U.S. Marshal for the Eastern District be changed from April 12, 2006 at noon until April 17, 2006 at noon for the purpose of allowing Ms. Mayo to spend Easter Sunday with her children and family before she begins serving her sentence.

Assistant United States Attorney Lee J. Freedman has informed me that the government takes no position regarding this request.

Respectfully submitted,

Paul P. Rinaldo

cc: AUSA Lee J. Freedman